UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELODY JOY BAKER,<br><br>                    Plaintiff,<br><br>-against-<br><br>JAMES J. PETERS DEPARTMENT OF<br>VETERANS AFFAIRS MEDICAID CENTER,<br>et al.,<br><br>                    Defendants. | 23-CV-1069 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff filed this complaint on February 7, 2023, alleging that she was discriminated against due to her sex and subjected to "elder abuse." (ECF 2 at 5.) By order dated February 22, 2023, the Court directed Plaintiff to amend her complaint to cure its deficiencies. Just before the deadline expired, Plaintiff wrote to the Court requesting an extension of time to amend her complaint. (ECF 7.) In the letter, Plaintiff states that she has had difficulty finding stable housing, has had health issues requiring surgery, and has limited computer access. Plaintiff has contacted the NYLAG Clinic for Pro Se Litigants in an effort to seek pro bono counsel to assist her with this action. Plaintiff proposes that the deadline for filing an amended complaint be extended to June 23, 2023.

      Plaintiff shows good cause for an extension of time. Accordingly, the Court grants Plaintiff's request.

## CONCLUSION

      For good cause shown, Plaintiff's request for an extension of time is granted. The Court directs Plaintiff to file an amended complaint not later than June 23, 2023.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:   April 24, 2023
           New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge