UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELODY JOY BAKER,

                Plaintiff,

    -against-

JAMES J. PETERS, ET AL.,

                Defendants.

23-CV-1069 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 8, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 14, 2023
           New York, New York

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                             Chief United States District Judge